UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH ERCOLE,

                Plaintiff,

        -against-

ROBERT WILKIE, et al.,

                Defendants.

19-CV-11961 (LLS)

ORDER

LOUIS L. STANTON, United States District Judge:

      Plaintiff filed this complaint *pro se* and *in forma pauperis*. By order dated March 27, 2020, the Court held that Plaintiff's complaint failed to state a claim on which relief could be granted but granted him leave to amend his complaint. The Court directed Plaintiff to include in his amended complaint, among other things, facts about what claims he raised in his complaint to the Merit Systems Protection Board ("MSPB"), when he filed the MSPB complaint, and what response, if any, he received.

      On May 26, 2020, Plaintiff filed his amended complaint. The Docket Services Unit of the Clerk's Office advises the Court, however, that the exhibits that Plaintiff submitted with his amended complaint were "malformed pdfs" that could not be posted electronically on the Court's docket. The Court therefore directs Plaintiff to resubmit the exhibits to his amended complaint within 30 days of the date of this order. If Plaintiff fails to resubmit his exhibits to the amended complaint within the time allowed, the Court will review the amended complaint without the benefit of the exhibits.

**CONCLUSION**

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court directs Plaintiff to resubmit the exhibits to his amended complaint within

30 days of the date of this order. No summons shall issue at this time. The exhibits shall be submitted together with a cover letter identifying them as exhibits to the amended complaint (ECF No. 7) in the action under docket number 19-CV-11961 (LLS).

In light of the current global health crisis, parties proceeding *pro se* are encouraged to submit all filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov. Pro se parties who are unable to use email may submit documents by regular mail or in person at the drop box located at the U.S. Courthouses in Manhattan (500 Pearl Street) and White Plains (300 Quarropas Street). For more information, including instructions on this new email service for *pro se* parties, please visit the Court's website at nysd.uscourts.gov.

Pro se parties are also encouraged to consent to receive all court documents electronically.  A consent to electronic service form is attached to this order.

SO ORDERED.

Dated:   June 1, 2020
         New York, New York

                                                *Louis L. Stanton*
                                                Louis L. Stanton
                                                   U.S.D.J.



United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____


_____
Name (Last, First, MI)


_____  _____  _____  _____
Address              City          State        Zip Code


_____          _____
Telephone Number             E-mail Address


_____          _____
Date                          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007