UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                          :
JOSEPH ERCOLE,                              :
                                                          :
                               Plaintiff,         :
                                                           :                                    19-CV-11961 (VSB)
                - against -                            :
                                                           :                                      **ORDER**
                                                           :
ROBERT WILKIE, et al.,                  :
                                                           :
                                 Defendants.   :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On October 16, 2023, I issued an Opinion & Order granting Defendants' motion to dismiss pro se Plaintiff's Amended Complaint and granting Plaintiff forty-five days to file an Amended Complaint.  (Doc. 23.)  To date, Plaintiff has not filed an Amended Complaint. Accordingly, the Clerk of Court is respectfully directed to close the case.

      SO ORDERED.

      Dated:  December 13, 2023
                  New York, New York

                                                                         Vernon S. Broderick
                                                                         United States District Judge